1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12    MICHAEL ANTHONY ABELS,

13            Plaintiff,                        Case No.  C07-5303 RBL/KLS

14        v.

                                               ORDER STAYING
15    HAROLD CLARKE, *et al.,*                  DEFENDANTS' MOTION TO
                                               DISMISS
16            Defendants.

17

18        On July 3, 2007, Plaintiff's Complaint against Defendants Clarke, Skipworth, and Hill was filed.

19    (Dkt. # 5).  On July 19, 2007, Plaintiff filed a First Amended Complaint adding three additional

20    defendants as well as additional claims.  The First Amended Complaint was not served.  Defendants'

21    Motion to Dismiss Plaintiff's Complaint, is presently noted for September 21, 2007.  (Dkt. # 17).

22        Upon review of Plaintiff's proposed First Amended Complaint, the Court has determined that

23    Plaintiff should show cause why the First Amended Complaint should not be dismissed for failure to state

24    a claim.

25        Accordingly, it is **ORDERED**:

26        1.    Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. # 17) is **STAYED** pending

27    resolution of the Court's Order to Show Cause directed to Plaintiff.

28

ORDER
Page - 1

1      2.    The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

2

3      DATED this 20th  day of September, 2007.

4

5

6

7                           Karen L. Strombom

8                           United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2