1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY ABELS,

          Plaintiff,

    v.

HAROLD CLARKE, *et al.,*

          Defendants.

Case No.  C07-5303 RBL/KLS

ORDER DIRECTING PLAINTIFF
TO PROVIDE SERVICE COPIES
AND FORMS, STRIKING
DEFENDANTS' MOTION TO
DISMISS AND DENYING
PLAINTIFF'S MOTION FOR
EVIDENTIARY HEARING

Before the Court is Plaintiff's response to this Court's Order to Show Cause (Dkt. # 25),

Plaintiff's proposed Amended Complaint (Dkt. # 27), and Plaintiff's motion for evidentiary hearing (Dkt.

# 24).  Having reviewed Plaintiff's response and motion, and Defendant's opposition to the motion for

evidentiary hearing ((Dkt. # 26), the Court finds that Plaintiff's Amended Complaint is acceptable, but

that the motion for evidentiary hearing should be denied.

**PROCEDURAL BACKGROUND**

      On July 3, 2007, Plaintiff's Complaint against Defendants Clarke, Skipworth, and Hill was filed.

(Dkt. # 5).  Plaintiff claims that Defendants failed to provide him with medical care when Plaintiff was

beaten by a mentally ill prisoner.  (*Id*.).  The Court ordered service of the complaint on Defendants.  (Dkt.

# 6).  On July 19, 2007, Plaintiff filed a First Amended Complaint.  (Dkt. # 7).  In the First Amended

Complaint, Plaintiff added three defendants and claims that the Indeterminate Sentence Review Board

(ISRB) wrongfully placed him in a work release program for sex offenders and for the physically and

1    mentally disabled.  (*Id*.).   Plaintiff also claimed that Defendants failed to provide him with medical care.

2    (*Id*.)  Finding that Plaintiff had failed to allege conduct sufficient to state a claim pursuant to § 1983 in the

3    amended complaint, the Court ordered Plaintiff to show cause why it should not be dismissed. (Dkt. #

4    23).  The Court advised Plaintiff of the requirements for stating a claim under § 1983 and the necessity of

5    identifying all of the parties and his causes of action as his amended complaint would supersede his

6    original complaint.  (*Id*.).  Defendants' motion to dismiss (Dkt. # 17), which sought dismissal of

7    Plaintiff's original complaint, was stayed pending resolution of the Court's order to show cause.  (Dkt. #

8    2).

9                             **DISCUSSION**

10        Plaintiff was advised that, in order to properly state a claim under 42 U.S.C. § 1983, his amended

11    complaint must include factual allegations describing how each named Defendant caused or personally

12    participated in causing him the harm that he claims he suffered.  (Dkt. # 23).  Plaintiff has done so

13    sufficiently in his amended complaint.  Attached to his "Response to Defendants' Request For a Dismiss

14    of Evidentiary Hearing," is a copy of Plaintiff's "Motion to Amend," which this Court interprets as

15    Plaintiff's proposed Amended Complaint.  In it, Plaintiff names Harold Clark, Kristen Skipworth and

16    Norman Hill and describes how these individuals acted to violate his Eighth Amendment rights.

17    Therefore, Plaintiff is now directed to supply necessary forms (identified in Paragraph (2) below so that

18    the Court may direct the United States Marshall to serve the Amended Complaint and summons upon the

19    additional defendants.

20        In his motion for an evidentiary hearing, Plaintiff states that such a hearing is necessary in order to

21    obtain additional discovery in order to expand the record to develop his claims.  (Dkt. # 24).  However,

22    such a hearing is premature at this stage in the litigation.  The parties will be allowed to engage in

23    discovery after the amended complaint has been properly served.

24        Accordingly, it is **ORDERED:**

25        (1)     The Clerk of the Court is directed to file Plaintiff's Amended Complaint (Dkt. # 26) and to

26                 send service forms to Plaintiff;

27        (2)     Plaintiff is directed to fill out the forms with complete addresses for the additionally named

28                 defendants and return the forms with service copies of the Amended Complaint so that the

1    U.S. Marshal may attempt service by mail upon the named defendants.  These documents

2    must be returned on or before **November 30, 2007,** or the Court will recommend dismissal

3    of this action for failure to prosecute;

4    (3)    Defendants' motion to dismiss (Dkt. 17) shall be **stricken** from the docket; and

5    (4)    Plaintiff's motion for evidentiary hearing (Dkt. # 24) is **DENIED.**

6

7    DATED this 19th  day of October, 2007.

8

9

10

11   Karen L. Strombom
     United States Magistrate Judge

ORDER
Page - 3