UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ANTHONY ABELS,<br><br>           Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE., *et al.,*<br><br>           Defendants. | Case No.  C07-5303 RBL/KLS<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR CLARIFICATION (Dkt. # 31) |

Before the Court is Defendants' motion for clarification (Dkt. # 31) of the Court's Order of October 26, 2007 (Dkt. # 30).  After providing Plaintiff the opportunity to replead, the Court liberally interpreted Plaintiff's "Motion to Amend" (Dkt. # 27) as the Amended Complaint.[1]  The Amended Complaint, which only names three defendants in the caption, filed at Dkt. # 29, should be read with the Supplement which Plaintiff filed at the direction of the Court.  (Dkt. # 32).

DATED this  14th   day of December, 2007.

Karen L. Strombom
United States Magistrate Judge

---

[1] *See also* Dkt. # 27, where Plaintiff attaches a copy of his "Motion to Amend" as his Amended Complaint in response to Defendants' claim that Plaintiff failed to serve the Amended Complaint.

ORDER
Page - 1