UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY ABELS,

    Plaintiff,

    v.

HAROLD CLARKE, *et al.,*

    Defendants.

Case No.  C07-5303 RBL/KLS

ORDER STRIKING SUPPLEMENT TO COMPLAINT (DKT. # 35) AS DUPLICATE

Before the Court is Plaintiff's supplement motion to amended complaint to demand for judgment and relief. (Dkt. # 35). This supplement is identical to the one filed by Plaintiff at Dkt. # 32 and is therefore, duplicative.

Accordingly, it is **ORDERED**:

(1) Dkt. # 35 Supplement Motion to Amended Complaint Demand for Judgment and Relief shall be **Stricken** from the Docket as duplicative; and

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

Dated this 14th day of September, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1