UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY ABELS,

    Plaintiff,

    v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No. C07-5303 RBL/KLS

ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff Michael Anthony Abels' motion for an extension of time. Dkt. # 123. Mr. Abels seeks a thirty day extension of time to respond to Defendants' motion for summary judgment (Dkt. # 120) presently noted for March 20, 2009. Mr. Abels response was due on March 13, 2009. Mr. Abels states that he requires the additional time because he has no typewriter, limited law library access to make legal copies and the prison is on lockdown several times per month. Dkt. # 123. Defendants do not object the extension of time. Dkt. # 124.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for extension (Dkt. # 123) is **GRANTED**; Plaintiff shall file his response to Defendants' motion for summary judgment (Dkt. # 120) on or before **April 13, 2009**.

ORDER - 1

1     (2)     The Clerk is directed to **re-note** Defendants' motion for summary judgment for **April 17, 2009**.

(3)     The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  1st  day of April, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2