# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL ANTHONY ABELS

JUDGMENT IN A CIVIL CASE

v.

HAROLD CLARKE et al

CASE NUMBER: C07-5303RBL-KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Plaintiff's motion for temporary restraining order (Dkt. #112) is **DENIED**.

May 18, 2009                                   BRUCE RIFKIN
                                                          Clerk

                                              /s/ Jennie L. Patton
                                                   Deputy Clerk