# United States District Court

WESTERN DISTRICT OF WASHINGTON

Michael Anthony Abels

JUDGMENT IN A CIVIL CASE

v.

Harold Clarke

CASE NUMBER: C07-5303RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendants' motion for summary judgment (Dkt. 120) is **GRANTED.**

    June 8, 2009                        BRUCE RIFKIN

                                                       Clerk

                                       */s/ Jennie L. Patton*

                                          Deputy Clerk